13 So.3d 1086 (2009)
Walter A. McNEIL, Secretary, Florida Department of Corrections, Petitioner,
v.
Dennis STOKER, Respondent.
No. 1D09-0618.
District Court of Appeal of Florida, First District.
June 25, 2009.
Rehearing Denied August 6, 2009.
Carolyn J. Mosley, Florida Department of Corrections, Tallahassee, for Appellant.
Dennis Stoker, pro se, Appellee.
PER CURIAM.
AFFIRMED. Burks v. McNeil, 984 So.2d 619 (Fla. 1st DCA 2008).
WOLF, KAHN, and VAN NORTWICK, JJ., concur.